UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **BIRD BRAIN, INC.,** | ) |
| and | ) |
| **PARASOL, LLC.,** | ) Case No:  4:09-CV-787-JCH |
| Plaintiffs, | ) |
| v. | ) |
| **MILLER HORTICULTURAL CONSULTANTS, INC.,** | ) |
| Defendant. | |

### ORDER OF DISMISSAL

In accordance with the stipulation of dismissal filed by the parties, IT IS ORDERED THAT this case shall be and is hereby DISMISSED, without prejudice and with the parties bearing their own costs and attorneys' fees.

Dated: 2/18/10

_____
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

4